982.1(1)

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*
ADAM LEE BURKE (470701)
1655 WEST STREET
REDDING CA 96001
TELEPHONE NO:
FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* IN PRO PER
NAME OF COURT: U.S. DIST. COURT FOR THE EASTERN DIST.
STREET ADDRESS: 501 I STREET SUITE 4-200
MAILING ADDRESS:
CITY AND ZIP CODE: SACRAMENTO CA 95814-2322
BRANCH NAME: SACRAMENTO OFFICE
PLAINTIFF: ADAM LEE BURKE

DEFENDANT: DAVID A WILSON, DAVID A. WILSON LAW OFFICE

☐ DOES 1 TO _____

**FILED**
SEP 20 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**COMPLAINT**—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED *(Number):*
Type *(check all that apply):*
☐ MOTOR VEHICLE  ☒ OTHER *(specify):* SEE ATTACHED: COA. PGS 4-6
☐ Property Damage  ☐ Wrongful Death
☐ Personal Injury   ☐ Other Damages *(specify):*

Jurisdiction *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded  ☐ does not exceed $10,000
                 ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:
2:11CV2502 GEB KJN (PS)

1. PLAINTIFF *(name):* ADAM LEE BURKE

   alleges causes of action against DEFENDANT *(name):* DAVID A. WILSON, DAVID A WILSON LAW OFFICE
2. This pleading, including attachments and exhibits, consists of the following number of pages: 1 to 6
3. Each plaintiff named above is a competent adult
   a. ☒ except plaintiff *(name):* DAVID A. WILSON LAW OFFICE
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☒ a public entity *(describe):* LAW OFFICE
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Complaint—Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. July 1, 2002]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

THOMSON
WEST

Code of Civil Procedure, § 425.12

| SHORT TITLE: ADAM LEE BURKE V. DAVID A. WILSON, DAVID A. WILSON LAW OFFICE | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): LAW OFFICE
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe): LAW OFFICE
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Complaint—Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ plaintiff has complied with applicable claims statutes, or
   b. ☐ plaintiff is excused from complying because (specify):

| SHORT TITLE: ADAM LEE BURKE V. DAVID A. WILSON; DAVID A. WILSON LAW OFFICE | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other (specify):

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☐ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☒ other damage (specify): SEE ATTACHED COA Pgs 4-6

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Complaint—Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. PLAINTIFF PRAYS for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☒ punitive damages
    b. The amount of damages is (you must check (1) in cases for personal injury or wrongful death):
       (1) ☐ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date:

ADAM LEE BURKE
(TYPE OR PRINT NAME)

▶ _Adam Burke_ 9-19-2011
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. July 1, 2002]     COMPLAINT—Personal Injury, Property Damage, Wrongful Death     Page 3 of 3

SHORT TITLE: ADAM LEE BURKE V. DAVID A. WILSON, DAVID A. WILSON LAW OFFICE

CASE NUMBER:

__FIRST__
(number)

**CAUSE OF ACTION—General Negligence**

Page __4__

ATTACHMENT TO  ☒ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: ADAM LEE BURKE

alleges that defendant *(name)*: DAVID A. WILSON, DAVID A WILSON LAW OFFICE

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: JUNE 2010 to NOVEMBER 2010
at *(place)*: SHASTA COUNTY

*(description of reasons for liability)*: SEE ATTACHED Pgs 5-6

Form Approved by the Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)
Optional Form

**CAUSE OF ACTION—General Negligence**

THOMSON
WEST

CCP 425.12

1. ADAM LEE BURKE (470701) IN PRO PER
2. 1655 WEST STREET
3. REDDING CA 96001
4. U.S. DIST. COURT FOR THE EASTERN DIST. SACRAMENTO OFFICE
5. ADAM LEE BURKE V. DAVID A. WILSON
6. CAUSE OF ACTION Page 5

8. I ADAM LEE BURKE do hereby ~~declare~~ that I have ~~Suffered~~
9. of legal malpractice and civil rights violations at the hands
10. of DAVID A. WILSON for the time period of JUNE 2010 to
11. NOVEMBER 2010. This has cost me in further time spent
12. in incarceration, which in turn has resulted in monetary
13. and emotional damages to myself and to my family.
14. When I initially met with Mr. Wilson, I informed him
15. that I had numerous witnesses and evidence in support
16. of my case, that would prove my innocence. He informed
17. me that he would view DVD testimony of allegations
18. made and would have this transcribed in preparation
19. for my preliminary hearing, as well as have his invest-
20. igator interview my witnesses and review my cell phone
21. records for key defense information.
22. After that time, Mr. Wilson failed to confer with
23. me regarding the preparation of my defense; and this,
24. after I had made initial payment to him with under-
25. standing that the remainder of said fee would be
26. paid upon necessity of trial.
27. Instead of following through on his contractual
28. and legal obligations to me, Mr. Wilson waived all of

ADAM LEE BURKE V. DAVID A. WILSON
CAUSE OF ACTION Page 6

my pre-trial hearings and stated to me right before trial that he had dropped me from his case load, saying he thought that I was unable to pay. Never at any time did he ask myself or my family for the remainder of his fee. He failed to confer ~~with~~ on his promise to interview witnesses, examine together and transcribe said DVD and cell phone records, or assign an investigator to my case. He instead used a police officer to interview just one witness, therefore assigning a hostile party to interest in my defense.

    Mr. Wilson in these negligent actions therefore failed to prepare and present an affirmative defense. He could have had all charges against me dropped at a preliminary hearing which he instead waived to the detriment of myself and my family, therefore violating my constitutional rights.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

ADAM LEE BURKE

*Adam Burke*    9-19-2011