IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM LEE BURKE,

    Plaintiff,                    No. CIV-S-11-2502-GEB-KJN-PS

    v.

DAVID A. WILSON, DAVID A. WILSON LAW OFFICE,

    Defendants.                ORDER

_____/

      On November 8, 2011, the magistrate judge filed findings and recommendations (Dkt. No. 5) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. On November 22, 2011, plaintiff filed objections to the proposed findings and recommendations (Dkt. No. 6), which have been considered by the court.

      This court reviews de novo those portions of the proposed findings of fact to which an objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982); see also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and

decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed findings and recommendations in full. Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed November 8, 2011, are ADOPTED;

2. Plaintiff's claim brought pursuant to 42 U.S.C. § 1983 is dismissed without leave to amend;

3. The court declines to exercise supplemental jurisdiction over plaintiff's state law professional negligence claim.  See 28 U.S.C. § 1367(c)(3); and

4. The Clerk of Court shall close this case.

Dated:  January 25, 2012

GARLAND E. BURRELL, JR.
United States District Judge

2