UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**ADAM LEE BURKE,**

CASE NO: **2:11–CV–02502–GEB –KJN**

v.

**DAVID A. WILSON, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/25/12**

**Victoria C. Minor**
Clerk of Court

ENTERED: **January 26, 2012**

by: /s/ A. Meuleman
Deputy Clerk